IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

ELLEN GLASS, KIMENY BILLINGTON,
and KAREN STEWART,

        Intervenors,

CASE NO.: 4:04cv391-SPM/AK

v.

ASSOCIATED SECURITY
ENFORCEMENT, INC., and
ROBERT FANNIN,

        Defendants.

_____/

## ORDER DENYING MOTION TO CONTINUE

Pending before the Court is the motion to continue trial (doc. 43) filed by Defendant Associated Security Enforcement, Inc. and Defendant Robert Fannin. Plaintiff EEOC and the Intervenors filed a joint response in opposition (doc. 45).

Defendants have not demonstrated sufficient cause for continuing trial. The Court is willing, however, to give further consideration to the matter at the pretrial conference scheduled for February 9, 2006.  Furthermore, the Court will extend the time for Defendant Associated Security Enforcement, Inc. and

Defendant Robert Fannin to file their portions of the pretrial stipulation to February 7, 2006.

Defendant Associated Security Enforcement, Inc. is advised that as a corporation it can only participate in this case through a lawyer.  <u>Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.</u>, 748 F.2d 602, 609 (11th Cir. 1984) ("[C]orporations must always be represented by legal counsel.").  A default may be entered against Defendant Associated Security Enforcement, Inc. if it does not maintain representation by a lawyer.  A default may also be entered against any party for failure to comply with a court order.

Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. The motion to continue trial (doc. 43) is denied without prejudice.

2. Defendants shall have up to and including February 7, 2006 to file their portions of the pretrial stipulation.

DONE AND ORDERED this 31st day of January, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge