IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

ELLEN GLASS, KIMENY BILLINGTON,
and KAREN STEWART,

        Intervenors,

CASE NO.: 4:04cv391-SPM/AK

v.

ASSOCIATED SECURITY
ENFORCEMENT, INC., and
ROBERT FANNIN,

        Defendants.
_____/

## ORDER OF DEFAULT AND SCHEDULING TRIAL ON DAMAGES

Defendants having failed to appear at the pretrial conference scheduled on February 9, 2006 and having failed to file their portions of the pretrial stipulation as ordered (see doc. 47), it is

ORDERED AND ADJUDGED:

1.    Defendant Associated Security Enforcement, Inc. and Defendant Robert Fannin have defaulted as to liability.

2.    A jury trial on damages is scheduled for Tuesday, March 7, 2006.

The attorneys and parties shall meet with the Court at 11:00 a.m. Jury selection will begin at 11:30 a.m.

DONE AND ORDERED this 24th day of February, 2006, nunc pro tunc February 9, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge