UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

and

KIMENY BILLINGTON, ELLEN GLASS,    CIVIL ACTION NO.
and KAREN STEWART,    4:04CV391-SPM

    Plaintiff-Intervenors,

v.

ASSOCIATED SECURITY ENFORCEMENT, INC.,

    Defendant.
_____/

## VERDICT

### I. COMPENSATORY DAMAGES

What amount of damages, if any, should be awarded to compensate Kimeny Billington, Ellen Glass, Karen Stewart and Lydia Hall for the humiliation, emotional pain, suffering, mental anguish and inconvenience caused by the Defendant's discriminatory conduct?

| | |
|---|---|
| Kimeny Billington | $ 35,000. |
| Ellen Glass | $ 25,000. |
| Karen Stewart | $ 35,000. |
| Lydia Hall | $ 25,000. |

## II. BACK PAY

What amount of back pay, if any, should be awarded to compensate Kimeny Billington and Karen Stewart for wages and benefits lost as a result of Defendant's discriminatory conduct?

Kimeny Billington   $ 3,076.24

Karen Stewart   $ 14,088.54

## III. PUNITIVE DAMAGES

What amount of punitive damages, if any, should be assessed against the Defendant for its conduct towards Kimeny Billington, Ellen Glass, Karen Stewart and Lydia Hall?

Kimeny Billington   $ 300,000.

Ellen Glass   $ 300,000.

Karen Stewart   $ 300,000.

Lydia Hall   $ 300,000.

SO SAY WE ALL.

DATED: May 8, 2006
(Should be March 8, 2006)

Redacted