IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

ELLEN GLASS, KIMENY BILLINGTON,
and KAREN STEWART,

    Plaintiffs-Interveners,

CASE NO.: 4:04cv391-SPM/AK

v.

ASSOCIATED SECURITY
ENFORCEMENT, INC.,

    Defendant.
_____/

## ORDER AWARDING ATTORNEYS' FEES AND COSTS

This cause comes before the Court on the Interveners' Petition for Attorneys' Fees and Litigation Expenses (doc. 76). In summary the petition seeks an award of attorney fees and costs as follows:

1. Attorney Richard Johnoson: 190.5 hours at $350.00 per hour

2. Attorney Andrea Reino: 348 hours at $250.00 per hour

3. Attorney Lisa C. Lambert: 21.6 hours at $250.00 per hour

4. Litigation Costs: $520.80

The petition is supported by affidavits and records.  Although Defendant has not filed any objections, the Court's independent review of the requested attorney fee award confirms that the hours claimed were reasonably expended and the hourly rates charged are consistent with the prevailing market rate in the area charged by lawyers of similar skills for similar services.   The litigation costs are properly documented (doc. 76-C) and appropriate.

Accordingly, it is

ORDERED AND ADJUDGED:

1.     The Interveners' Petition for Attorneys' Fees and Litigation Expenses (doc. 76) is granted.

2.     The clerk shall enter judgment stating that Interveners Ellen Glass, Kimeny Billington, and Karen Stewart shall recover from Defendant Associated Security Enfocement, Inc., the sum of $159.595.80, which consists of $159,075.00 for attorneys' fees and $520.80 for costs.  This award is over and above the judgment on the merits previously entered in this action.

DONE and ORDERED this 29th day of December, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:04cv391-SPM/AK